IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TOLENTINO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 2:09-cv-326 |
| v. | § § | JURY TRIAL DEMANDED |
| C&J SPEC-RENT SERVICES, INC., | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. 216(b) |
| Defendant. | § § | |

## CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

Pursuant to the Court's November 24, 2009 Order for Conference and Disclosure of Interested Parties, and Fed. R. Civ. P. 7.1, Defendant C&J Spec-Rent Services, Inc. ("C&J") hereby states:

The following Certificate of Interested Parties contains a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this case known to C&J:

1. Michael Tolentino, individually and on behalf of all others similarly situated

2. Jon Brooks, BROOKS LLP (attorney for Plaintiffs)

3. Bobby Bourlon, THE BOURLON LAW FIRM (attorney for Plaintiffs)

4. C&J Spec-Rent Services, Inc.

5. C&J Energy Services, Inc.

6. Energy Spectrum Partners IV, L.P.

7. Citigroup Capital Partners II, L.P.

8. Scott K. Davidson (attorney for Defendant)

9. J. Michael Rose (attorney for Defendant)

10. Megan E. Alexander (attorney for Defendant)

11. Hector A. Canales (attorney for Defendant)

Respectfully submitted,

By: /s/ Scott K. Davidson
SCOTT K. DAVIDSON
State Bar No. 24031990
Southern District ID No. 33037
600 Travis Street, Suite 3400
Houston, Texas 77002-3095
sdavidson@lockelord.com
Telephone: (713) 226-1305
Facsimile: (713) 223-3717

ATTORNEY-IN-CHARGE FOR
DEFENDANT C&J SPEC-RENT
SERVICES, INC.

OF COUNSEL:

LOCKE LORD BISSELL & LIDDELL LLP
J. MICHAEL ROSE
State Bar No. 24041819
Southern District ID No. 36797
MEGAN E. ALEXANDER
State Bar No. 24064802
Southern District ID No. 971353
600 Travis Street, Suite 3400
Houston, Texas 77002-3095
jmrose@lockelord.com
mealexander@lockelord.com
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

CANALES & SIMONSON, P.C.
HECTOR A. CANALES
State Bar No. 24006951
Southern District ID No. 29396
2601 Morgan Avenue
Corpus Christi, Texas 78405
hacanales@canalessimonson.com
Telephone: (361) 883-0601
Facsimile: (361) 884-7023

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 15TH day of January, 2010, a true and correct copy of the above and foregoing instrument was served upon all counsel of record via certified mail, return receipt requested and addressed as follows:

Jon D. Brooks
BROOKS LLP
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401

Bobby Bourlon
THE BOURLON LAW FIRM
1600 E. Main Street, Suite 227
Alice, Texas 78332

/s/ Scott K. Davidson
Scott K. Davidson