# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL TOLENTINO, JUAN PACHECO, JAVIER GARCIA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § § § Plaintiffs, § § VS. § § § C & J SPEC-RENT SERVICES, INC. § § Defendant. § | Civil Action No. 2:09-cv-326 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. 216(b) |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Michael Tolentino, Juan Pacheco, Javier Garcia, Individually, and on Behalf of all Others Similarly Situated, file this Notice of Settlement in the above-styled and numbered matter, and show as follows:

1. This FLSA case is set for a jury trial in this Court on Tuesday, November 2, 2010. There is also a pending motion for partial summary judgment.

2. On September 27, 2010, the Plaintiffs and Defendant mediated this case for a second time, with Marvin Nebrat. The mediation resulted in a compromise

and settlement of all claims for the Plaintiffs' damages for unpaid overtime and all claims for the Plaintiffs' court costs and attorneys' fees.

3.   The parties will be filing the formal settlement documents, affidavits for costs and attorneys' fees, and joint motion to dismiss the suit within the next few days.

4.   Accordingly, the parties respectfully request that the Court take notice of the settlement and remove this case from the Court's trial docket of November 2, 2010.

                              Respectfully submitted,

                              s/Jon D. Brooks
                              Jon D. Brooks
                              Attorney-in-Charge
                              Southern District ID 24936
                              State Bar No. 24004563
                              400 Mann Street, Suite 1001
                              Corpus Christi, Texas 78401
                              361.885.7710
                              361.885.7716 (facsimile)
                              jbrooks@brooksllp.com

                              **Attorney for Plaintiffs**

OF COUNSEL

Bobby Bourlon
Southern District ID No. 1391
State Bar No. 24031753
THE BOURLON LAW FIRM

   2

1600 E Main Street, Suite 227
Alice, Texas 78332
361.664.1000 (telephone)
361.668.9531 (facsimile)
bourlonlawfirm@yahoo.com (e-mail)

BROOKS LLP
Attorneys and Counselors at Law
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
361.885.7710 (telephone)
361.885.7716 (facsimile)
www.brooksllp.com (web)

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing was served upon Defendant's counsel of record, as indicated below, by electronic mail from the clerk of the court, on this 27th day September, 2010, as permitted by the Rules:

    Scott K. Davidson
    Locke Lord Bissell & Liddell LLP
    600 Travis Street, Suite 3400
    Houston, TX 77002
    713-226-1305 Direct
    713-223-3717 Fax
    sdavidson@lockelord.com

                                          s/Jon D. Brooks
                                          Jon D. Brooks