UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TOLENTINO, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-09-326 |
| C & J SPEC-RENT SERVICES INC; aka C & J ENERGY SERVICES, INC., | § § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. 216(b) |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR COSTS AND ATTORNEY FEES**

On this day the Court considered the Unopposed Plaintiffs' Motion for Costs and Attorney Fees filed in the above-styled and numbered matter. (D.E. 66). After considering the motion and respective affidavits on file, the Court GRANTS the motion.

It is therefore ORDERED, ADJUDGED and DECREED that the Unopposed Plaintiffs' Motion for Costs and Attorney Fees is GRANTED.

SIGNED and ORDERED this 13th day of October, 2010.

_____
Janis Graham Jack
United States District Judge